# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEANNA MCCREA | |
| VERSUS | CIVIL ACTION |
| RAPID LOGISTICS, LLC, ET AL. | 20-601-SDD-EWD |
| AND | |
| JANE MACLEOD AND HAROLD PARSONS | CIVIL ACTION |
| VERSUS | NO. 20-606-SDD-EWD |
| ELIODORO DELALUZ, JR., ET AL. | |
| AND | |
| ROUND THE LAKES MOTOR EXPRESS, INC. | CIVIL ACTION |
| VERSUS | NO. 20-836-SDD-EWD |
| RAPID LOGISTICS, LLC., ET AL. | |

## RULING

The Court has carefully considered the *Second Motion for Leave to File Amending and Supplemental Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated January 18, 2022, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

---

[1] Rec. Docs. 76.
[2] Rec. Doc. 91.

**IT IS HEREBY ORDERED** that the Second Motion for Leave to File Amending and Supplemental Complaint[3] filed by Plaintiffs Jane MacLeod and Harold Parsons, is GRANTED, and that Old Republic Insurance Company of Canada is added as a Defendant in this matter.

**IT IS FURTHER ORDERED** that this matter be SEVERED from Civil Action Nos. 20-601 and 20-836, and this matter ONLY be REMANDED to the Twenty-First Judicial District Court for the Parish of Livingston for Lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana the 7 day of February, 2022.

*Shelly Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[3] R. Doc. 76.