## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEANNA MCREA | CIVIL ACTION |
| VERSUS | 20-601-SDD-EWD |
| RAPID LOGISTICS, LLC, et al | |

## RULING

This matter is before the Court on the *Motion for Summary Judgment*[1] filed by Plaintiff, Round the Lakes Motor Express, Inc. ("Round the Lakes"). Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion. Despite this rule, Defendants Rapid Logistics, LLC and Rapid Leasing Trucking, LLC have failed to timely oppose this motion, which was electronically filed on September 30, 2021. Under the Federal Rules of Civil Procedure and the Local Rules of Court, Defendants were required to file an opposition no later than Thursday, October 21, 2021. Therefore, the pending motion is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit, particularly because Round the Lakes' *List of Undisputed Facts*[2] is uncontroverted, and the summary judgment evidence submitted supports Round the Lakes' arguments.

Accordingly, **IT IS HEREBY ORDERED** that Round the Lakes' *Motion for*

---

[1] Rec. Doc. No. 72.
[2] Rec. Doc. No. 72-2.

*Summary Judgment*[3] is GRANTED.

Any response to this *Ruling*, <u>which should explain the Defendants' failure to comply with the Court's deadlines</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days <u>and</u> must be accompanied by an opposition memorandum to the original *Motion*.

Signed in Baton Rouge, Louisiana, this 16th day of March, 2022.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] Rec. Doc. No. 72.